**Order entered October 29, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00849-CV**

**DSM MANAGEMENT GROUP INC., Appellant**

**V.**

**CULINAIRE INTERNATIONAL, INC., Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-07194**

### ORDER

In a case status report filed October 28, 2020, appellant informs the Court the parties have successfully mediated their dispute and requests an additional thirty days to finalize documents. We **GRANT** the request and **ORDER** appellant to file either a motion to dismiss the appeal or status report no later than November 30, 2020. All other deadlines in the appeal remain **SUSPENDED**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE